**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Valerie A. Bennish** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **19-16405 ELF** |

**ORDER**

**AND NOW,** this 14th day of May, 2020, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is **ALLOWED** $4,000.00 as compensation for services performed and expenses incurred for essential bankruptcy services. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,360.00 from the estate to the extent provided by the confirmed Plan.

_____
Eric L. Frank
U.S. Bankruptcy Judge