**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     **Valerie A. Bennish**          :     **Chapter 13**
                                            :     **Bankruptcy No.**
                                            :     **19-16405 ELF**

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 35 )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. #36**  ) is **APPROVED**.

**Date:**                                    _____
                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**