**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Valerie A. Bennish** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **19-16405 ELF** |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

    I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion to modify chapter 13 plan due to COVID 19 hardship with the Clerk of the United States Bankruptcy Court on July 31, 2020 and sent notice via electronic notification and/or First Class Mail on July 31, 2020 to the Trustee and all interested parties that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading. I therefore request that the Court enter the Order accompanying said Motion.

                                              Respectfully Submitted,

                                              _____\s\ Michael Schwartz_____
                                              **MICHAEL SCHWARTZ, ESQUIRE**
                                              Attorney for Debtor