**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Valerie A. Bennish** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **19-16405 ELF** |

**CERTIFICATE OF SERVICE**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached Motion to Modify Plan After Confirmation was this 31st day of July 2020, served by electronic notification and/or United States First Class Mail to the Office of the Trustee and all creditors who filed claims using the address listed in the claims register.

      **/s/ Michael Schwartz**
      **MICHAEL SCHWARTZ, ESQUIRE**
      Attorney for Debtor