**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                 Case No. 19-16405-elf
                                                                              Chapter 13

Valarie A. Bennish

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 7th day of March, 2022, to the following:

Michael Seth Schwartz
Law Ofiice of Michael Schwartz
707 Lakeside Office Park
Southampton, PA 18966
msbankruptcy@verizon.net
***Attorney for Debtor(s)***

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Valarie A. Bennish
1003 Emily Avenue
Croydon, PA 19021

***Debtor(s)***

                                          By:        /s/ Steven K. Eisenberg
                                                        Steven K. Eisenberg, Esquire