# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Valerie A. Bennish | : | Chapter 13 |
| Debtor | : | |
| **Wilmington Savings Fund Society, FSB** | : | |
| Movant | : | Bankruptcy Case Number |
| | : | 19-16405 ELF |
| v. | : | |
| **Valerie A. Bennish** | : | |
| Respondent/Debtor | : | |
| And | : | |
| **Kenneth E. West, Esquire** | : | |
| Trustee | : | |

## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that the attached response to the Motion of Movant was sent this 20th day of April 2022 via electronic notification and/or United States, First Class Mail, postage prepaid to all secured and priority creditors (if any) at the address listed in the claims register:

**Movant's Counsel**
Daniel Jones, Esquire

**Trustee:**
Kenneth West, Esquire
Chapter 13 Standing Trustee

    \s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor