# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Valarie A. Bennish<br>　　　　　Debtor(s)<br>-----------------------------------------------<br>Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust<br><br>　　　　　　　　Creditor/Movant<br>v.<br>Valarie A. Bennish<br>　　　　　　　　Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 19-16405-elf |

# **O R D E R**

AND NOW, upon consideration of the Stipulation between Debtor and Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust, it is hereby **ORDERED** and that the Stipulation is **APPROVED** subject to the clarification that no modification of the automatic stay after a default occurs absent an order of this court.

Date:  5/12/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**