United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-16405-elf
Valarie A. Bennish  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 12, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valarie A. Bennish, 1003 Emily Avenue, Croydon, PA 19021-7922 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

**Name**      **Email Address**

DANIEL P. JONES
     on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

EMMANUEL J. ARGENTIERI
     on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL SETH SCHWARTZ
     on behalf of Debtor Valarie A. Bennish msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com

REBECCA ANN SOLARZ
     on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEVEN K. EISENBERG

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: May 12, 2022 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    Valarie A. Bennish<br>    Debtor(s)<br>-----------------------------------------------<br>Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust<br><br>                  Creditor/Movant<br>v.<br>Valarie A. Bennish<br>                  Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 19-16405-elf |

**O R D E R**

AND NOW, upon consideration of the Stipulation between Debtor and Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust, it is hereby **ORDERED** and that the Stipulation is **APPROVED** subject to the clarification that no modification of the automatic stay after a default occurs absent an order of this court.

Date: 5/12/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**