Certificate Number: 06531-PAE-DE-040239732

Bankruptcy Case Number: 19-16405



06531-PAE-DE-040239732

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2025, at 5:31 o'clock PM CDT, Valerie A Bennish completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 26, 2025            By:    /s/Maria Gonzalez Guillen

                                    Name:  Maria Gonzalez Guillen

                                    Title: Certified Credit Counselor