United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 19-16405-pmm

Valarie A. Bennish                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: 138OBJ | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valarie A. Bennish, 1003 Emily Avenue, Croydon, PA 19021-7922 |
| 14492274 | + | J.P. Morgan Mortgage Mort. Acquisition Corp, c/o ROMANO GARUBO & ARGENTIERI, Emmanuel J. Argentieri, Esquire, 52 Newton Avenue, P.O. Box 456, Woodbury, New Jersey 08096-7456 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2025 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14403970 | + | Email/Text: aargon@ebn.phinsolutions.com | Nov 26 2025 00:42:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4132 |
| 14441450 | | Email/Text: ECF@fayservicing.com | Nov 26 2025 00:42:00 | Wilmington Savings Fund Society, et. al., P.O. Box 814609, Dallas, TX 75381-4609 |
| 14403971 | | Email/Text: ECF@fayservicing.com | Nov 26 2025 00:42:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14790175 | ^ | MEBN | Nov 26 2025 00:32:08 | Fay Servicing, LLC as servicer for, Wilmington Savings Fund Society, FSB, c/o FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14403972 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 26 2025 00:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14836659 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 00:42:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14442748 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 00:42:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14413632 | | Email/Text: BankruptcyECFMail@mccalla.com | Nov 26 2025 00:42:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14403973 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2025 00:42:00 | PA Department of Revenue, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 14403974 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 00:42:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14403975 | + | Email/Text: bankruptcy@sw-credit.com | | |

| | | Nov 26 2025 00:42:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
|---|---|---|---|
| 15064041 | + Email/Text: bkteam@selenefinance.com | | |
| | | Nov 26 2025 00:42:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14442552 | ^ MEBN | | |
| | | Nov 26 2025 00:32:05 | Wilmington Savings Fund Society dba Christiana Tru, C/O KML Law Group, Rebecca A. Solarz, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14674470 | ^ MEBN | | |
| | | Nov 26 2025 00:32:12 | Wilmington Savings Fund Society, et. al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society dba Christiana Trust  not individually, but solely as Trustee for NYMT Loan Trust I bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bk@rgalegal.com |
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust  jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Savings Fund Society, FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust bkecf@friedmanvartolo.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Valarie A. Bennish msbankruptcy@gmail.com  MSchwartz@jubileebk.net |

District/off: 0313-2
Date Rcvd: Nov 25, 2025

User: admin
Form ID: 138OBJ

Page 3 of 3
Total Noticed: 18

STEVEN K. EISENBERG

on behalf of Creditor Wilmington Savings Fund Society  FSB not individually, but solely as trustee for Residential Mortgage Aggregation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)–doc 82 – 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Valarie A. Bennish )       Case No. 19–16405–pmm
 )
 )
    Debtor(s). )       Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 25, 2025                         For The Court

                                            Mohung Wong
                                            Clerk of Court